Decided February 23, 1909.

## STATE *v.* NASBERG.

[99 Pac. 940.]

From Coos: JAMES W. HAMILTON, Judge.

The defendant, John Nasberg, was convicted of the crime of gambling, and from a judgment of the circuit court of Coos County, sentencing him to pay a fine, he appeals. AFFIRMED.

Submitted on briefs under the proviso of Rule 16 of the Supreme Court. 50 Or. 580.

For appellant there was a brief over the names of *Messrs. Guerry & Hollister* and *Mr. Austin S. Hammond.*

For the State there was a brief over the name of *Mr. George M. Brown,* District Attorney.

MR. JUSTICE KING delivered the opinion of the court.

This is an appeal from a judgment sentencing defendant to pay a fine for unlawfully dealing in and playing a gambling game known as "21," contrary to the general laws on the subject, and presents the same question as in *State* v. *Bay,* 53 Or. 241 (99 Pac. 939). The conclusion there reached determines the points involved here, for which reason the judgment of the court below is affirmed.

AFFIRMED.

---

Decided February 23, 1909.